**FILED**

DEC - 8 2009

Clerk, U.S. District and
Bankruptcy Courts

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|   |   |
|---|---|
| Jerome Julius Brown, Sr., | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. **09 2329** |
| Judge Krystal Quinn Alves, | ) |
| Defendant. | ) |

## MEMORANDUM OPINION

Plaintiff, proceeding *pro se,* has filed a complaint and an application to proceed in forma pauperis. The application will be granted, and the complaint dismissed.

Complaints filed by *pro se* litigants are held to less stringent standards than are formal pleadings drafted by lawyers. *See Haines v. Kerner*, 404 U.S. 519, 520 (1972). Nonetheless, *pro se* plaintiffs must comply with the Federal Rules of Civil Procedure. *Jarrell v. Tisch*, 656 F. Supp. 237, 239 (D.D.C. 1987). Rule 8 of the Federal Rules of Civil Procedure states the minimum requirements for complaints. Fed. R. Civ. P. 8(a). Rule 8(a) requires that a complaint contain a short and plain statement of the grounds upon which federal jurisdiction rests, a short and plain statement showing that the plaintiff is entitled to relief, and a demand for judgment for the relief sought. The minimum requirements Rule 8 imposes are designed to provide defendants with sufficient notice of the claim or claims being asserted in order to allow defendants to prepare a responsive answer and an adequate defense, and to determine whether the doctrine of *res judicata* applies. *Brown v. Califano*, 75 F.R.D. 497, 498 (D.D.C. 1977). Further, compliance



3

with Rule 8(a)'s requirements should provide a court with sufficient information to determine whether it has jurisdiction over the claims.

The complaint indicates that the plaintiff, who appears to be a resident of Maryland, is suing a defendant who is a Maryland state judge. The complaint does not make clear what claims plaintiff is pursuing and does not provide sufficient notice to the defendant of the claims so that she may prepare a proper defense. In addition, the complaint does not provide sufficient information to determine that jurisdiction exists to hear any of the claims plaintiff intends, as it appears that the plaintiff means to sue a judge in her judicial capacity. Accordingly, the complaint will be dismissed for failure to comply with the requirements of Rule 8.

Plaintiff is advised that if he persists in filing such complaints this Court may restrict his ability to proceed in forma pauperis.

A separate order accompanies this memorandum opinion.

Date: 12/3/09

United States District Judge